William H. Parish (SBN 95913)
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
whparish@parishsmall.com

Attorneys for Plaintiffs and the
proposed class

PETER D. KEISLER
Assistant Attorney General

MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOLANDA MARCHETTI, et al., | ) | No. 2:07-CV-01179-FCD-KJM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **ENLARGE TIME TO FILE ANSWER** |
| | ) | **AND/OR RESPONSIVE MOTION** |
| MICHAEL O. LEAVITT, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-captioned action hereby stipulate that defendant shall have up to and

including October 23, 2007 in which to file his answer and/or responsive motion.  Defendant's

answer and/or responsive motion is currently due to be filed on October 9, 2007.  No previous

1    enlargements have been requested.

2                                    Respectfully submitted,

3                                    /s/ William H. Parish
                                     William H. Parish (SBN 95913)
4                                    PARISH & SMALL
                                     A Professional Law Corporation
5                                    1919 Grand Canal Blvd., Suite A-5
                                     Stockton, California 95207-8114
6                                    Telephone: (209) 952-1992

7                                    Attorneys for Plaintiffs and the
                                     proposed class
8

9                                    /s/ Peter Robbins
                                     PETER ROBBINS
10                                   Department of Justice
                                     20 Massachusetts Avenue, N.W., Room 7142
11                                   Washington, D.C.  20530
                                     Tel:  (202) 514-3953
12
                                     Attorneys for Defendant
13

14
             IT IS SO ORDERED
15
     DATED: October 4, 2007
16

17

18   _____
             FRANK C. DAMRELL, JR.
19           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED) ORDER TO ENLARGE TIME
2:07-CV-01179                          -2-