WILLIAM H. PARISH (SBN 95913)
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
Email: whparish@parishsmall.com

Attorneys for Plaintiffs and
     the Putative Class


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

YOLANDA MARCHETTI, et al.,                )     No. 2:07-CV-01179-FCD-KJM
                                          )
        Plaintiffs,                       )
                                          )     **STIPULATION AND ORDER FOR
        v.                                )     MODIFIED BRIEFING SCHEDULE**
                                          )
MICHAEL O. LEAVITT,                       )
                                          )
        Defendant.                        )
_____  )

     Pursuant to Local Rule 83-143 and subject to the approval of this Court, the parties in the

above-captioned action hereby stipulate to the following:

STIPULATION OF BRIEFING SCHEDULE
2:07-CV-01179-FCD-KJM

1. On March 6, 2008, defendants shall amend his notice of hearing of his motion to dismiss and reset the hearing for April 25, 2008.

2. Plaintiffs' opposition to defendant's motion to dismiss shall be due to be filed on April 1, 2008.

3. Defendant's reply in support of his motion to dismiss shall be due to be filed on April 18, 2005.

Respectfully submitted,

For plaintiffs:                          PARISH & SMALL


                                         By   /s/ William H. Parish
                                             WILLIAM H. PARISH
                                             1919 Grand Canal Blvd., Suite A-5
                                             Stockton, CA   95207-8114
                                             Tel:   (209) 952-1992
                                             Attorneys for Plaintiffs and the Putative Class


For defendant:

                                         By:   /s/ Peter Robbins
                                             PETER ROBBINS
                                             Trial Attorney, Department of Justice
                                             20 Massachusetts Avenue, N.W., Room 7142
                                             Washington, D.C.  20530
                                             Tel:  (202) 514-3953
                                             Attorney for Defendant

IT IS SO ORDERED.

DATED: March 6, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE