WILLIAM H. PARISH (SBN 95913)
PARISH & SMALL
A Professional Law Corporation
1919 Grand Canal Blvd., Suite A-5
Stockton, California 95207
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
Email: whparish@parishsmall.com

Attorneys for Plaintiffs and
    the Putative Class


JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

PETER ROBBINS
U.S. Department of Justice
20 Massachusetts Ave, NW, Room 7142
Washington, DC  20530
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email:  peter.robbins@usdoj.gov

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MARCHETTI, et al., | No. 2:07-CV-01179-FCD-KJM |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF BRIEFING SCHEDULE** |
| MICHAEL O. LEAVITT, | |
| Defendant. | "AS MODIFIED" |

Pursuant to Local Rule 6-144 and subject to the approval of this Court, the parties in the above-captioned action hereby stipulate to the following:

STIPULATION OF BRIEFING SCHEDULE
2:07-CV-01179-FCD-KJM

1. On May 30, 2008, defendant shall file his motion to dismiss the first amended complaint;

2. Plaintiffs' opposition to defendant's motion to dismiss shall be due to be filed on July 15, 2008.

3. Defendant's reply in support of his motion to dismiss shall be due to be filed on August 5, 2008.

4. In light of the parties stipulated briefing schedule above the Defendant's response to plaintiffs' first amended complaint is extended to a date to be addressed, if needed, upon the resolution of the motion to dismiss.  No previous enlargements have been requested.

                                  Respectfully submitted,

For plaintiffs:                     PARISH & SMALL

By   /s/ William H. Parish
     WILLIAM H. PARISH
     1919 Grand Canal Blvd., Suite A-5
     Stockton, CA   95207-8114
     Tel:  (209) 952-1992
     Attorneys for Plaintiffs and the Putative Class

For defendant:

By:   /s/ Peter Robbins
     PETER ROBBINS
     Trial Attorney, Department of Justice
     20 Massachusetts Avenue, N.W., Room 7142
     Washington, D.C.  20530
     Tel:  (202) 514-3953
     Attorney for Defendant

    IT IS SO ORDERED.

DATED: May 8, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE